IN THE UNTED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **RIP MAGAZINE, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**JACOB C. DIETZ, an individual, dba PYSNE CO., and DOES 1 through 10.**<br><br>    Defendants. | **CASE NO.: 1:22-CV-0072** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS**

**TO THE HONORABLE UNITED STATES DISTRICT COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff RIP Magazine, LLC ("Plaintiff") hereby voluntarily dismisses with prejudice the above-referenced action against Defendants Jacob C. Dietz (d/b/a Pysne Co.) ("Dietz") and Defendants Does 1 – 10, with all parties to bear their own fees and costs. This Notice of Dismissal is being filed with the Court before service of an answer or motion for summary judgment by any said defendant in this case.

DATED:  March 22, 2022

                                                                      Respectfully submitted,

                                                                       /s/ Mateo Z. Fowler
                                                                       Mateo Z. Fowler
                                                                       State Bar No. 24062726
                                                                       mateofowler@mzflaw.com
                                                                       **MZF LAW, PLLC**

1211 W. 6th Street, Ste. 600-143<br>
Austin, Texas 78703<br>
Telephone: +1 281.546.5172

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing document with the Court using CM/ECF and served on the same day all counsel of record via the CM/ECF notification system.

/s/ Mateo Z. Fowler